cuit denied. *Messrs. Corydon B. Dunham* and *James A. Gray* for petitioner. *Mr. Ezra G. B. Fox* for respondent.

No. 676. CONTINENTAL ILLINOIS NATIONAL BANK &. TRUST CO., TRUSTEE, *v.* UNITED STATES. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wilton H. Wallace, E. F. Colladay,* and *David O. Dunbar* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *S. E. Blackham* for the United States.

No. 693. U.S. FIDELITY & GUARANTY CO. *v.* HOWARD, RECEIVER. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edwin C. Brandenburg* and *Louis M. Denit* for petitioner. *Mr. John R. L. Smith* for respondent.

No. 732. SOMERMAN ET AL. *v.* UNITED STATES. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Robert S. Johnstone* for petitioners. No appearance for the United States.

No. 681. CLEGG, ANCILLARY EXECUTOR, *v.* BOWERS, EXECUTOR; and
No. 682. CLEGG *v.* SAME. February 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application.